(Rev. 12/6/12)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 27 2019

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Jacinta R. Walker
_____
Plaintiff

Civil Action No. **1:19-cv-1682**

VS.

Judge _____

Concordia Capital DBA Concordia Bank & Trust Company
_____
Defendant

Magistrate Judge _____

**COMPLAINT
UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

Discrimination including retaliation by Concordia Capital DBA Concordia Bank & Trust Company in violation of Title VII of the Civil Rights Act of 1964, as amended and The Americans with Disabilities Act, of 2008, as amended.

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?   Yes [✓]   No [ ]

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?   Yes [✓]   No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: October 1, 2019 (via mail)

*(Rev. 12/6/12)*

D.  Have you received from the EEOC a copy of its determination with regard to your charges?

Yes [✓]  No [ ]

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

I disagree with EEOC conclusion and know my charge was not treated fairly including discrepancies in their investigation process.

E.  Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

My Employer continues to discriminate against minorities and violate many state and federal law statues since their establishment in 1903. Caucasian employees are and have always been the majority including Management, Supervisors and entry level employees at all 8 branches of banks in business to date.

F.  Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Jury Trial Demanded

Date: Decemeber 27, 2019

*(Signature)* Jacinta A. Walker

4226 Hwy 84 West Apt 7
(Street Address or P.O. Box)

Vidalia, LA 71373
(City, State, Zip Code)

601 - 493-5345
(Area Code)   (Telephone Number)

(Witness)

(Witness)

Page 2 of 2